## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NETFLIX, INC., <br><br> *Movant*, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, <br><br> *Respondent*. | CASE NO. <br><br> Related to No. 8:18-cv-02055-GW-DFM, pending in the United States District Court for the Central District of California, |

## NOTICE OF MOTION TO COMPEL
## FORTRESS INVESTMENT GROUP LLC
## TO COMPLY WITH SUBPOENAS

**PLEASE TAKE NOTICE** that upon the accompanying (i) Memorandum of Law and (ii) Declaration of Martin E. Gilmore, Esq., and the exhibits thereto, Movant Netflix Inc. ("Movant") will move this Court at the United States District Court, 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an Order pursuant to Fed. R. Civ. P. 45, compelling third party Fortress Investment Group ("Fortress") to comply with subpoenas issued by Movant in the matter *Uniloc 2017 LLC v. Netflix, Inc.*, 8:18-cv-02055-GW-DFM (pending in the United States District Court for the Central District of California) (hereinafter the "Litigation"), by producing documents and attending a deposition, without objection, by dates certain to be set by the Court, and for such other and further relief as the Court deems just and proper.

This Motion is supported by the accompanying Memorandum of Law, the Declaration of Martin E. Gilmore, Esq., dated July 16, 2020, with the exhibits thereto, the record in the Litigation, the facts of which the Court may take judicial notice, and any other papers submitted in support of the Motion.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Civil Rule 6.1(b) of this Court, Respondent's opposition papers, if any, shall be served within fourteen days after service of the instant moving papers, and Movant's reply papers, if any, shall be served within seven days after service of Respondent's opposition papers.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 16, 2020 | */s/ Martin E. Gilmore* |
|  | Martin E. Gilmore<br>Perkins Coie LLP<br>1155 Avenue of the Americas, 22nd Floor<br>New York, NY 10036<br>Telephone:  212.262.6900<br>Facsimile:  212.977.1649<br>MGilmore@perkinscoie.com |
|  | *Counsel for Movant*<br>*Netflix, Inc.* |

OF COUNSEL

Matthew C. Bernstein (*pro hac vice* pending)
Perkins Coie LLP
11452 El Camino Real, Suite 300
San Diego, California 92130
Telephone:  858.720.5700
Facsimile:  858.720.5799

*Counsel for Movant*
*Netflix, Inc.*