# Exhibit 4

M. ELIZABETH DAY (SBN 177125)
eday@feinday.com
DAVID ALBERTI (SBN 220265)
dalberti@feinday.com
SAL LIM (SBN 211836)
slim@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
HONG SYD LIN (SBN 249898)
hlin@feinday.com
NICHOLAS V. MARTINI (SBN 237687)
nmartini@feinday.com
**FEINBERG DAY KRAMER ALBERTI LIM TONKOVICH & BELLOLI LLP**
577 Airport Blvd., Suite 250
Burlingame, CA. 94010
Tel: 650 825-4300
Fax: 650 460-8443

Attorneys for Uniloc 2017 LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>NETFLIX, INC.,<br><br>  Defendant. | **LEAD CONSOLIDATED CASE: NO. SACV18-02055-GW-DFM**<br><br>CASE NO. 8:18-cv-02150-GW-DFM<br><br>**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO NETFLIX, INC.'S SECOND SET OF INTERROGATORIES NOS. 11-13** |

representation that the failures of the prior assignees to pay the maintenance fee was unintentional, and the identities of the persons with knowledge of these facts.

**RESPONSE TO INTERROGATORY NO. 12:**

Plaintiff objects to this request to the extent it seeks information protected from discovery by the attorney-client privilege. Plaintiff further objects to this request as seeking information that is not relevant to a claim or defense. Subject to and without waiving the foregoing general and specific objections, Plaintiff responds as follows: Mr. Burdick of Burdick Patents handles maintenance fee payments for Uniloc 2017. Mr. Burdick and Burdick Patents possess all responsive information to this interrogatory.

**INTERROGATORY NO. 13:**

Describe all past and present relationships between and among any of the following entities: Uniloc 2017 LLC; Uniloc Luxembourg S.A.; Uniloc Corporation Pty, Ltd.; CF Uniloc Holdings LLC; Uniloc Licensing USA LLC; Uniloc USA, Inc.; Fortress Investment Group LLC; and Fortress Credit Co LLC; including but not limited to any parent-child, subsidiary, ownership, partial ownership, joint venture, and/or profit sharing relationships and any relationships related to the Patents-in-Suit and/or this case.

**RESPONSE TO INTERROGATORY NO. 13:**

Plaintiff objects to this request to the extent it seeks information protected from discovery by the attorney-client privilege. Plaintiff further objects to this request as seeking information that is not relevant to a claim or defense. Subject to and without waiving the foregoing general and specific objections, Plaintiff responds as follows: Pursuant to Rule 33(d), Uniloc will identify documents responsive to this interrogatory.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 13:**

Plaintiff objects to this request to the extent it seeks information protected from discovery by the attorney-client privilege. Plaintiff further objects to this

request as seeking information that is not relevant to a claim or defense, nor proportional to the needs of the case. Subject to and without waiving the foregoing general and specific objections, Plaintiff responds as follows: Pursuant to Rule 33(d), Uniloc identifies the following documents responsive to this interrogatory with respect to Uniloc 2017 LLC; Uniloc Luxembourg S.A.; Uniloc Corporation Pty, Ltd.; CF Uniloc Holdings LLC; Uniloc Licensing USA LLC; Uniloc USA, Inc.: UNILOC_0000776-1327, UNILOC_0001597-5241, UNILOC_0008905-16003.

Dated: July 7, 2020

/s/ *M. Elizabeth Day*
M. Elizabeth Day

Attorneys for Plaintiff
Uniloc 2017 LLC