# PerkinsCoie

1155 Avenue of the Americas  
22nd Floor  
New York, NY 10036-2711  

T. +1.212.262.6900  
F. +1.212.977.1649  
PerkinsCoie.com  

July 23, 2020

**USDC SDNY**  
**DOCUMENT**  
**ELECTRONICALLY FILED**  
DOC #: _____  
DATE FILED: 7/23/20

Martin E. Gilmore  
MGilmore@perkinscoie.com  
D. +1.212.261.6814  
F. +1.212.977.1640

**VIA ECF**

Judge Alison J. Nathan  
United States District Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007

SO ORDERED. 7/23/20

*[signature]*

Alison J. Nathan, U.S.D.J.

**Re:    Netflix, Inc. v. Fortress Investment Group, LLC, 1:20-mc-00253-AJN (S.D.N.Y.)**

Dear Judge Nathan:

SO ORDERED.

I write on behalf of Movant Netflix, Inc. ("Netflix") to request that <u>the above-referenced action be stayed</u>.  The reason for this request is that the parties in the underlying action in the Central District of California recently reached an agreement in principle to settle their dispute, and both Netflix and Respondent Fortress Investment Group, LLC ("Fortress") believe that the interests of judicial economy would be served by staying this action pending a final settlement.

Netflix served its motion on July 20, 2020, making Fortress's opposition due August 3.  This is the first request for a modification to the schedule.  Fortress's counsel has consented to the stay.

Respectfully submitted,

*/s/ Martin E. Gilmore*

Martin E. Gilmore

cc:    Jeremiah Armstrong, Esq., Fortress counsel (via email)

Perkins Coie LLP