![Perkins Coie letterhead: 1155 Avenue of the Americas, 22nd Floor, New York, NY 10036-2711 | T +1.212.262.6900 | F +1.212.977.1649 | PerkinsCoie.com]

January 28, 2021


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/2021

Martin E. Gilmore
MGilmore@perkinscoie.com
D. +1.212.261.6814
F. +1.212.977.1640

**VIA ECF**

Judge Alison J. Nathan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   Netflix, Inc. v. Fortress Investment Group, LLC, 1:20-mc-00253-AJN (S.D.N.Y.)

Dear Judge Nathan:

1/29/2021
SO ORDERED.

I write on behalf of Movant Netflix, Inc. ("Netflix") to request that the Court extend Netflix's deadline to file a reply brief in the above-referenced action from January 29 to February 1. This is the third request for an adjustment of the schedule; the prior requests were first to stay this action, and then to lift the stay. The reason for the request is to allow Netflix and Uniloc 2017 LLC (the plaintiff in the underlying action) to meet and confer in order to resolve Uniloc's concerns regarding the use of confidential sealed material from the underlying action without motion practice. Fortress does not oppose this request.

Respectfully submitted,

*/s/ Martin E. Gilmore*

Martin E. Gilmore

cc:   Counsel of Record (via ECF)

Perkins Coie LLP