

Elizabeth Day
eday@feinday.com
Feinberg Day Kramer Alberti
Lim Tonkovich & Belloli LLP
577 Airport Blvd., Suite 250
Burlingame, CA 94010
T:  650.825.4300
F:  650.460.8443

February 9, 2021

*Via ECF*

Judge Alison J. Nathan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Netflix, Inc. v. Fortress Investment Group LLC* 1:20-mc-00253-AJN (S.D.N.Y)

Dear Judge Nathan:

    We are counsel for Fortress Investment Group LLC ("Fortress") in the above referenced matter.

    We are writing to inform the Court that counsel for Fortress and counsel for Netflix conferred and counsel for the parties request that the motion to compel pending before Your Honor be stayed.

    The reason for this request is that Judge Wu, presiding over the underlying litigation, *Uniloc 2017 LLC v. Netflix Inc.* Case No. 8:18-cv-2055-GW-DFM in the Central District of California, issued a tentative ruling yesterday staying the underlying litigation.  Accordingly, third party discovery should also be stayed.

Respectfully submitted,

<u>/s/ *Elizabeth Day*</u>
Elizabeth Day

CC. Martin Gilmore, counsel for Netflix, Inc.

Feinberg Day Kramer Alberti Lim Tonkovich & Belloli LLP
577 Airport Boulevard, Suite 250 • Burlingame, CA 94010
650.825.4300 • 650.460.8443 fax • www.feinday.com

1