USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
: 
NETFLIX, INC.,                                :
                       Petitioner,   :
:      20-MC-253 (VEC)
    -against-                         :
:      ORDER
:
FORTRESS INVESTMENT GROUP LLC,  :
:
                      Respondent.   :
:
------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 16, 2020, Petitioner filed a motion to compel discovery from Respondent in aid of patent litigation pending before Judge Wu in the Central District of California, *see* 18-CV-2055 (C.D. Cal.);

WHEREAS February 11, 2021, Judge Wu stayed the underlying litigation pending resolution of a related appeal before the U.S. Court of Appeals for the Federal Circuit, 21-1498, *see* 18-CV-2055, Dkt. 214;

WHEREAS on February 9, 2021, Judge Nathan granted the parties' joint request to stay this matter given the stay in the underlying litigation, Dkt. 26; and

WHEREAS on April 10, 2022, this case was reassigned to the Undersigned.

IT IS HEREBY ORDERED that the Endorsement at docket entry 26 is VACATED.

IT IS FURTHER ORDERED that the parties must update the Court on the status of the underlying litigation before Judge Wu every three months or within five business days of Judge Wu's order lifting the stay, whichever is earlier. The first such status report is due no later than **Friday, June 10, 2022**.

IT IS FURTHER ORDERED that the stay in this matter is CONTINUED.

The Clerk of Court is respectfully directed to vacate the Order at docket entry 26.  The Clerk is further directed to stay this case and to terminate the open motions at docket entries 1, 2, and 20.

**SO ORDERED.**

**Date: April 11, 2022**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**