

Elizabeth Day<br>
eday@kramerday.com<br>
Kramer Day Alberti Lim<br>
Tonkovich & Belloli LLP<br>
577 Airport Blvd., Suite 250<br>
Burlingame, California 94010<br>
T:  650.825.4300<br>
F:  650.460.8443

September 9, 2022

*VIA ECF*

Judge Valerie E. Caproni
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re: *Netflix, Inc. v. Fortress Investment Group LLC* 1:20-mc-00253-VEC (S.D.N.Y)

Dear Judge Caproni:

Pursuant to the Court's April 11, 2022 Order (Dkt. 27) requesting a status report on September 9, 2022, we write to inform the Court of the status of the underlying litigation, *Uniloc 2017 LLC v. Netflix Inc.* Case No. 8:18-cv-2055-GW-DFM in the Central District of California and request the stay of the motion to compel be continued.  The underlying California case continues to be stayed pending appeals filed in the Federal Circuit Court of Appeals.  Oral argument in *Uniloc 2017 LLC v. Google LLC*, No. 2021-1498 (Fed. Cir.) was held on September 6, 2022.  Oral argument in *Uniloc 2017 LLC v. Netflix, Inc.*, No. 2021-2085 (Fed. Cir.) has not been scheduled.

Counsel for Fortress Investment Group LLC and counsel for Netflix, Inc. have conferred and have agreed that the stay of the motion to compel should be continued.  The parties will continue to notify the Court pursuant to Dkt. 27.

                                            Respectfully submitted,

                                            <u>/s/ *Elizabeth Day*</u>
                                            Elizabeth Day

cc. Martin Gilmore, counsel for Netflix, Inc.

Kramer Day Alberti Lim Tonkovich & Belloli LLP
577 Airport Boulevard, Suite 250 • Burlingame, CA 94010
650.825.4300 • 650.460.8443 fax • www.kramerday.com

1